IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KERANOS, LLC § | |
| § | |
| Plaintiff, § | |
| § | C.A. NO. 2:10-cv-00207-TJW |
| v. § | |
| § | |
| ANALOG DEVICES, INC., ET AL § | |
| § | |
| Defendants. § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, J. Thad Heartfield, of The Heartfield Law Firm, is entering an appearance in this matter for Defendant, Infineon Technologies North America Corp., for the purpose of receiving notices and orders from the Court.

Dated: July 23, 2010            Respectfully submitted,

                                By: /s/ J. Thad Heartfield
                                    J. Thad Heartfield
                                    Texas Bar No. 09346800
                                    E-mail: thad@jth-law.com
                                    M. Dru Montgomery
                                    Texas Bar No. 24010800
                                    E-mail: dru@jth-law.com
                                THE HEARTFIELD LAW FIRM
                                2195 Dowlen Road
                                Beaumont, Texas 77706
                                Telephone: (409) 866-3318
                                Fax: (409) 866-5789

                                COUNSEL FOR DEFENDANT,
                                INFINEON TECHNOLOGIES NORTH
                                AMERICA CORP.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 23rd day of July, 2010. Any other counsel of record will be served by first class mail.

/s/ J. Thad Heartfield
J. Thad Heartfield