UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:10-cv-207

Name of party requesting extension: Infineon Technologies North America Corp.

Is this the first application for extension of time in this case?  [✓] Yes  [ ] No

If no, please indicate which application this represents:  [ ] Second  [ ] Third  [ ] Other ____

Date of Service of Summons:

Number of days requested:  [✓] 30 days  [ ] 15 days  [ ] Other ____ days

New Deadline Date: 8/26/2010  *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: J. Thad Heartfield
State Bar No.: 09346800
Firm Name: The Heartfield Law Firm
Address: 2195 Dowlen Road
Beaumont, Texas 77706

Phone: 409-866-3318
Fax: 409-866-5789
Email: thad@jth-law.com

A certificate of conference does not need to be filed with this unopposed application.