UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KERANOS, LLC, | ) ) | |
| Plaintiff, | ) ) ) ) | CASE NO.: _2:10-cv-207 |
| v. | ) ) | |
| | ) ) | **DEMAND FOR JURY TRIAL** |
| ANALOG DEVICES, INC.; et al | ) ) | |
| Defendants. | ) ) ) ) | |

## ORDER

CAME ON to be heard the Unopposed Motion for Extension of Time to File Response to Defendant Microchip Technology's Motion to Dismiss as well as Analog Devices, Inc.'s Notice of Joinder in Microchip Technology's Motion to Dismiss, Qualcomm Incorporated's Motion to Dismiss Plaintiff Keranos, LLC's Complaint under Rules 12(b)(1) and 12(b)(6) and Brief in Support Thereof, EM Microelectronic-US Inc.'s Motion to Dismiss and Incorporated Memorandum of Law, and Seiko Epson Corporation's and Epson America, Inc.'s Motion to Dismiss under Rule 12(b)(6) and Brief in Support Thereof and Joinder in Microchip Technology, Inc.'s Motion to Dismiss Plaintiff's Complaint Under Rule 12(b)(1), and the Court, after review of the subject Motion, and the entire record in this Cause, and noting that said Motion is unopposed, it is hereby ORDERED that said Motion shall be in all things GRANTED; and it is

FURTHER ORDERED that the deadline for Plaintiff to file its Response to

Defendants' Motion to Dismiss is extended up to and including October 12, 2010.

SIGNED this  8th  day of October, 2010.


_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE