IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KERANOS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ANALOG DEVICES, INC. *et. al.*,<br><br>    Defendants. | Civil Action No. 2:10-cv-00207-TJW<br><br>**DEMAND FOR JURY TRIAL** |

**ORDER GRANTING UNOPPOSED
MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

Before the Court is Plaintiff's Unopposed Motion for Leave to File Document Under Seal. After careful consideration, the court concludes that the Motion should be granted.

It is therefore Ordered that Plaintiff Keranos, LLC's Surreply to Motions to Dismiss by Defendants Taiwan Semiconductor Manufacturing Co., Ltd., TSMC North America, Apple Inc. and International Business Machines Corporation (hereafter "Keranos's Surreply to Motions to Dismiss") is GRANTED.

SIGNED this 27th day of December, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

1